**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| DAYNA RANDALL, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>HANK'S FURNITURE, INC.,<br><br>       Defendant | **Case No. 4:26-cv-00534-LPR** |

## <u>MOTION FOR ADMISSION *PRO HAC VICE* OF SCOTT EDWARD COLE</u>

Pursuant to Local Rule 83.5(d), Plaintiff Dayna Randall ("Plaintiff"), moves this Court for an order permitting Scott Edward Cole of Cole & Van Note to appear *pro hac vice* in the above-referenced matter:

1.     Mr. Cole designates Josh Sanford, of Sanford Law Firm, whose address and telephone number are listed in the signature block below, as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding this case.

2.     Mr. Cole has been a member in good standing of the State Bar of California since 1992 (California Bar Registration No. 160744). He is not under suspension or disbarment by any court. A current certificate of good standing is attached as **Exhibit A**.

3.     Mr. Cole is a Shareholder with the law firm of Cole & Van Note, with an office at 555 12th Street, Suite 2100 Oakland California, 94607. Mr. Cole's email is sec@colevannote.com and his phone number is (510) 891-9800. A full list of courts to which Mr. Cole is admitted to practice with dates of admission is attached as **Exhibit B**.

4.      Mr. Cole does not reside in Arkansas, is not regularly employed in Arkansas, and is not regularly engaged in the practice of law in Arkansas. Mr. Cole agrees to follow the Local Rules of the United States District Court for the Eastern District of Arkansas and the General Orders of the United States District Court for the Eastern District of Arkansas, and to submit to the jurisdiction of this Court in matters of discipline. He will submit the Court's application fee for *pro hac vice* admission and will register for ECF filings with this Court.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order allowing Scott Edward Cole to appear before the Court *pro hac vice* as an additional attorney for Plaintiff in the above-captioned matter.

Dated: May 27, 2026              Respectfully submitted,

*/s/ Josh Sanford, Esq.*
Josh Sanford, Esq. (Arkansas Bar No. 2001037)
**SANFORD LAW FIRM, PLLC**
10800 Financial Center Parkway, Suite 510
Telephone: (501) 221-0088
Email: josh@sanfordlawfirm.com

Scott Edward Cole. Esq. (CA S.B. #160744)*
**COLE & VAN NOTE**
555 12th Street. Suite 2100
Oakland. California 94607
Telephone: (510) 891-9800
Email: sec@colevannote.com

*\* pro hac vice forthcoming*

*Attorneys for Representative Plaintiff and the*
*Plaintiff Class*

# EXHIBIT A

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 3/11/2026

**LICENSEE NAME:** Scott Edward Cole

**LICENSEE BAR NUMBER:** 160744

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/14/1992

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of the licensees current standing with the State Bar of California as of the issue date and that the Discipline and Administrative History listed below is a true and correct copy of the licensees discipline history and their history of administrative actions.

**Discipline and Administrative History:**

| Date | License Status | Discipline | Administrative Action |
|---|---|---|---|
| 5/14/2005 | | | Discipline, probation; no actual susp. |
| 8/31/2004 | | Disciplinary charges filed in State Bar Court | |

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*

# EXHIBIT B

**Exhibit B**

**Applicant Scott Edward Cole has been admitted to practice in the following courts:**

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING |
|---|---|---|
| Supreme Court of California (CA SBN # 160744) | December 14, 1992 | YES |
| USDC for the Northern District of California | Admitted December of 1992 | YES |
| US Court of Appeals, Ninth Circuit | Admitted January of 1993 | YES |
| USDC for the Eastern District of California | Admitted June of 1995 | YES |
| USDC for the Central District of California | Admitted November of 2005 | YES |
| USDC for the Southern District of California | Admitted November of 2005 | YES |
| USDC for the District of Colorado | Admitted August of 2022 | YES |
| USDC for the Western District of Michigan | Admitted February of 2023 | YES |
| US Court of Appeals, Sixth Circuit | Admitted December of 2023 | YES |
| US Court of Appeals, Tenth Circuit | Admitted October of 2024 | YES |