**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| DAYNA RANDALL, individually, and on behalf of all others similarly situated,<br><br>                        Plaintiff,<br><br>v.<br><br>HANK'S FURNITURE, INC.,<br><br>                        Defendant. | **Case No. 4:26-cv-00534-LPR** |

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE THAT** pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(i), Representative Plaintiff Dayna Randall hereby gives notice that the above-captioned case is voluntarily dismissed without prejudice.

Dated: July 7, 2026        By:    */s/ Josh Sanford*

                                      Josh Sanford, Esq. (Arkansas Bar No. 2001037)
                                      **SANFORD LAW FIRM, PLLC**
                                        Kirkpatrick Plaza
                                        10800 Financial Centre Pkwy, Suite 510
                                        Little Rock, Arkansas 72211
                                        Phone: (501) 221-0088
                                        Email: josh@sanfordlawfirm.com

                                        Laura Van Note Esq. (S.B. #160744)
                                        **COLE & VAN NOTE**
                                        555 12th Street, Suite 2100
                                        Oakland, California 94607
                                        Telephone: (510) 891-9800
                                        Facsimile:  (510) 891-7030
                                        Email: lvn@colevannote.com

                                        *Attorneys for Representative Plaintiff*
                                        *and the Plaintiff Class*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 7th day of July, 2026, I caused the foregoing document to be filed with the Clerk of this Court via the Court's CM/ECF system, which will cause a true and correct copy to be served electronically on all counsel of record.

*/s/ Josh Sanford*
Josh Sanford, Esq.